IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMILL JENKINS,<br>　　　　Plaintiff,<br><br>vs.<br><br>Nurse SUSAN BERRIER;<br>SUPERINTENDENT BRIAN V.<br>COLEMAN,<br>　　　　Defendants. | Civil Action No. 15-277<br>Chief District Judge Joy Flowers Conti<br>Chief Magistrate Judge Maureen P. Kelly<br><br>Re: ECF No. 34 |

ORDER

AND NOW, this 14th day of September, 2016, after Plaintiff Jamill Jenkins filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Defendants, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until August 15, 2016, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of Defendants, ECF No. 34, is GRANTED, and the Clerk is to mark the case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT,

/s/ Joy Flowers Conti
Chief United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Jamill Jenkins
KA9362
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

All counsel of record via CM/ECF